Paul Hart., Esq., SBN 237766
Daniel E. Griffee, Esq., SBN 229897
David W. Balch, Esq., SBN 226519
JOHNSON, MONCRIEF & HART, PC
16 West Gabilan Street
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff CHURCH BROTHERS, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHURCH BROTHERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN OF EDEN PRODUCE, LLC, a Nevada limited liability company; JAVIER GONZALEZ, an individual; and DOES 1 through 50 inclusive.<br><br>Defendants. | Case No. 2:12-cv-01701-GMN-VCF<br><br>**REQUEST TO CONTINUE DEBTOR'S EXAMINATION OF DEBTORS GARDEN OF EDEN, LLC AND JAVIER GONZALEZ** |

An Order Scheduling Judgment Debtor Examination and to Produce Documents was issued by this Court on September 28, 2012.

Plaintiff CHURCH BROTHERS, LLC ("Plaintiff") has been unable to effectuate service of the Order Scheduling Judgment Debtor Examination on Defendants GARDEN OF EDEN, LLC and JAVIER GONZALEZ ("Defendants"). Plaintiff hereby requests a continuance of the Debtor's Examination for one month as Plaintiff CHURCH BROTHERS, LLC is attempting to locate a current address for Debtors and effectuate service of process.

Request to Continue Debtor's Examination
*Church Brothers, LLC v. Garden of Eden, et al.*
Case No. 2:12-cv-01701-GMN-VCF

Dated: October 31, 2012                    JOHNSON, MONCRIEF & HART, PC

By: _____
Daniel E. Griffee
Attorneys for Plaintiff
CHURCH BROTHERS, LLC

## ORDER

Pursuant to the request of Plaintiff CHURCH BROTHERS, LLC, IT IS HEREBY ORDERED that the Debtor's Examination of Defendants is hereby rescheduled for December 3, 2012, at 10:00 a.m. at the law firm of Jeffrey J. Whitehead, Esq., 2431 W. Horizon Ridge Pkwy, Ste. 110, Henderson, Nevada 89052. Telephone number (702) 451-7272.

IT IS SO ORDERED.

Dated: November 1, 2012      _____
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Examination
*Church Brothers, LLC v. Garden of Eden, et al.*
Case No. 2:12-cv-01701-GMN-VCF