1  Paul Hart., Esq., SBN 237766
   Dennis J. Lewis, Esq., SBN 262256
2  David W. Balch, Esq., SBN 226519
   JOHNSON, MONCRIEF & HART, PC
3  16 West Gabilan Street
   Salinas, CA 93901
4  Telephone: (831) 759-0900
   Facsimile: (831) 759-0902
5
6  Attorney for Plaintiff CHURCH BROTHERS, LLC

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11

12  CHURCH BROTHERS, LLC, a California        )  Case No. 2:12-cv-01701-GMN-VCF
    limited liability company,                )
13                                             )  REQUEST TO VACATE DEBTOR'S
            Plaintiff,                         )  EXAMINATION OF DEBTORS
14                                             )  GARDEN OF EDEN, LLC AND
                                               )  JAVIER GONZALEZ
15  v.                                         )
                                               )
16  GARDEN OF EDEN PRODUCE, LLC, a            )
    Nevada limited liability company; JAVIER  )
17  GONZALEZ, an individual; and DOES 1       )
    through 50 inclusive.                     )
18                                             )
                                               )
19          Defendants.                        )
                                               )
20  _____

21      An Order Scheduling Judgment Debtor Examination and to Produce Documents was issued

22  by this Court on September 28, 2012.

23      An Order Granting Request to Continue Debtor's Examination of Debtors Garden of Eden,

24  LLC and Javier Gonzales was issued by this Court on November 1, 2012.

25      Plaintiff CHURCH BROTHERS, LLC ("Plaintiff") has been unable to effectuate service of

26  the Order Scheduling Judgment Debtor Examination on Defendants GARDEN OF EDEN, LLC

27

28  and JAVIER GONZALEZ ("Defendants"). Plaintiff hereby requests that the Court vacate the

Request to Vacate Debtor's Examination
Church Brothers, LLC v. Garden of Eden, et al.
Case No. 2:12-cv-01701-GMN-VCF

Debtor's Examination currently scheduled for December 3, 2012.

Dated: November 30, 2012

JOHNSON, MONCRIEF & HART, PC

By _____
Dennis J. Lewis
Attorneys for Plaintiff
CHURCH BROTHERS, LLC

## ORDER

Pursuant to the request of Plaintiff CHURCH BROTHERS, LLC, IT IS HEREBY ORDERED that the Debtor's Examination of Defendants currently scheduled for December 3, 2012, is hereby VACATED.

IT IS SO ORDERED.

Dated: December 4, 2012

_____
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Debtor's Examination
*Church Brothers, LLC v. Garden of Eden, et al.*
Case No. 2:12-cv-01701-GMN-VCF