Paul Hart., Esq., SBN 237766
Dennis J. Lewis, Esq., SBN 262256
David W. Balch, Esq., SBN 226519
JOHNSON, MONCRIEF & HART, PC
16 West Gabilan Street
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff CHURCH BROTHERS, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHURCH BROTHERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN OF EDEN PRODUCE, LLC, a Nevada limited liability company; JAVIER GONZALEZ, an individual; and DOES 1 through 50 inclusive.<br><br>Defendants. | Case No. 2:12-cv-01701-GMN-VCF<br><br>**REQUEST TO VACATE DEBTOR'S EXAMINATION OF DEBTORS GARDEN OF EDEN, LLC AND JAVIER GONZALEZ** |

An Order Scheduling Judgment Debtor Examination and to Produce Documents was issued by this Court on September 28, 2012.

An Order Granting Request to Continue Debtor's Examination of Debtors Garden of Eden, LLC and Javier Gonzales was issued by this Court on November 1, 2012.

Plaintiff CHURCH BROTHERS, LLC ("Plaintiff") has been unable to effectuate service of the Order Scheduling Judgment Debtor Examination on Defendants GARDEN OF EDEN, LLC and JAVIER GONZALEZ ("Defendants"). Plaintiff hereby requests that the Court vacate the

Request to Vacate Debtor's Examination
*Church Brothers, LLC v. Garden of Eden, et al.*
Case No. 2:12-cv-01701-GMN-VCF

1  Debtor's Examination currently scheduled for December 3, 2012.

2  Dated: November 30, 2012                JOHNSON, MONCRIEF & HART, PC

                                           By _____
                                              Dennis J. Lewis
                                              Attorneys for Plaintiff
                                              CHURCH BROTHERS, LLC

## ORDER

Pursuant to the request of Plaintiff CHURCH BROTHERS, LLC, IT IS HEREBY ORDERED that the Debtor's Examination of Defendants currently scheduled for December 3, 2012, is hereby VACATED.

IT IS SO ORDERED.

Dated: December 4, 2012

_____
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Debtor's Examination
Church Brothers, LLC v. Garden of Eden, et al.
Case No. 2:12-cv-01701-GMN-VCF